# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

ISAAC LEE                                            CIVIL ACTION

VERSUS                                               NO. 06-1755

MARLIN GUSMAN, ET AL.                                SECTION: "J"(3)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

**IT IS ORDERED** that Sheriff Marlin Gusman's motion for judgment on the pleadings is **GRANTED** and that the claims against that defendant are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the claim against Dr. Inglese is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

New Orleans, Louisiana, this __26th__ day of June, 2006.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE